AMY N. FRANK et al., Respondents, *v.* WILLIAM CARTER et al., Defendants.

FRANK H. CURRY, Appellant.

*Frank v. Carter*, 133 App. Div. 895, affirmed.
(Argued November 10, 1909; decided November 30, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 15, 1909, which affirmed an order of Special Term denying a motion to relieve a purchaser at a foreclosure sale from his purchase of certain real property, or in the event that the title be found marketable that said purchaser be permitted to complete his purchase.

*Charles H. Stoddard* for appellant.

*Lewis M. Isaacs* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.